UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID BRIANO, | ) | NO. EDCV 09-2015-SVW(CT) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING |
| | ) | MAGISTRATE JUDGE'S |
| v. | ) | REPORT AND RECOMMENDATION ON |
| | ) | PETITION FOR WRIT OF HABEAS |
| MICHAEL MARTEL, Warden, | ) | CORPUS BY A PERSON IN STATE |
| | ) | CUSTODY |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the court has reviewed the entire file de novo, including the petition and the magistrate judge's report and recommendation.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is accepted.

2. Judgment shall be entered consistent with this order.

3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: April 20, 2010

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE