1
2
3
4
5
6
7
8
9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11  DAVID BRIANO,                )    NO. EDCV 09-2015-SVW(CT)
                                 )
12            Petitioner,        )    JUDGMENT
                                 )
13         v.                    )
                                 )
14  MICHAEL MARTEL, Warden,      )
                                 )
15            Respondent.        )
    _____)
16

17       Pursuant to the Order Accepting the Magistrate Judge's Report and

18  Recommendation,

19       IT IS ADJUDGED that the petition is denied and dismissed with

20  prejudice.

21  DATED: April 20, 2010

22

23                               _____
                                      STEPHEN V. WILSON
24                               UNITED STATES DISTRICT JUDGE

25

26

27

28